IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00167-PSF-MEH

RICHARD WILLIAM FOX,

      Plaintiff,

v.

CITY OF DELTA,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 9, 2006.**

      Based upon the parties' agreement, and the entire record herein, the Unopposed Motion for Stipulated Protective Order [Filed May 5, 2006; Docket #11] is **granted**. The Court will sign the Protective Order and enter it on the record.